FILED

2010 Sep-30  PM 12:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Civil Action No.  CV 07-S-8006-W** |
| **vs.** | ) | **Criminal No: 05-S-321-W** |
| | ) | |
| **JOSEPH REUBEN DICKEY.** | ) | |

## MEMORANDUM OPINION

This case is before the court on the Motion to Vacate, Set Aside or Correct Sentence filed by Joseph Reuben Dickey pursuant to 28 U.S.C. § 2255.  The magistrate judge held an evidentiary hearing on April 8, 2008, and filed his findings and recommendation on March 1, 2009 (doc. no. 67).  Petitioner has filed objections to the magistrate judge's findings and recommendation (doc. no. 72).

Having carefully reviewed and considered all the materials in the court file, including the magistrate's findings and recommendation and petitioner's objections, the Court is of the opinion that the magistrate judge's findings are due to be, and they hereby are, ADOPTED, and his recommendation is ACCEPTED.  Accordingly, petitioner's objections are due to be, and they hereby are, OVERRULED.  The Motion to Vacate, Set Aside or Correct Sentence is due to be DENIED.  A Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of September, 2010.

_____
United States District Judge